UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Timothy E. Shafer,

    Plaintiff,

    v.                                    Case No. 2:13–cv–731

Ohio Department of                 Judge Michael H. Watson
Rehabilitation &
Corrections, et al.,

    Defendants.

## ORDER

On March 31, 2014, United States Magistrate Judge Abel, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation concerning the disposition of Timothy E. Shafer's ("Plaintiff") motion to dismiss without prejudice in this prisoner civil rights case. ECF No. 24. The Report and Recommendation recommended granting Plaintiff's motion and dismissing the action without prejudice.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting

the Report and Recommendation.  Report and Recommendation 1–2, ECF No. 24.  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**, and this action is dismissed without prejudice.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**